**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRANDON IMBER, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>BRUCE LACKEY, PAM LACKEY, LACKEY FAMILY TRUST, COLE SCHARTON, the ADMINISTRATIVE COMMITTEE OF THE PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN, MIGUEL PAREDES, RICK ROUSH, DEL THACKER, RICHARD DEYOUNG, and RITCHIE TRUCKING SERVICE HOLDINGS, INC.,<br>    *Defendants*,<br><br>and<br><br>PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN,<br>    *Nominal Defendant* | Case No. 1:22-cv-00004-DAD-HBK<br><br>**STIPULATION OF ELECTRONIC SERVICE** |

Plaintiff Brandon Imber and Defendants Bruce Lackey, Pam Lackey, Lackey Family Trust, Cole Scharton, the Administrative Committee of the People Business Employee Stock Ownership Plan, Miguel Paredes, Rick Roush, Del Thacker, Richard DeYoung, Ritchie Trucking Service Holdings, Inc., and the People Business Employee Stock Ownership Plan, by and through their undersigned counsel, hereby stipulate and agree that:

STIPULATION OF ELECTRONIC SERVICE     1

1. Each of the Parties to this Stipulation, through its below-signed counsel, consents to service of notices, correspondence, formal discovery and responses thereto and other documents in this litigation not exceeding 5 megabytes by electronic mail, without simultaneous service via U.S. mail (or any means pursuant to Rule 5 of the Federal Rules of Civil Procedure), by sending the document to each of the following counsel at the following respective email addresses (without the need to serve any other counsel):

| *As to Counsel for Plaintiff Brandon Imber:* | *As to Counsel for Defendants Bruce Lackey & Pam Lackey:* |
|---|---|
| R. Joseph Barton<br>jbarton@blockleviton.com<br><br>Vincent Cheng<br>vincent@blockleviton.com<br><br>Colin M. Downes<br>colin@blockleviton.com<br><br>For purposes of Paragraph 4 only:<br>ming@blockleviton.com | Connie M. Fickel<br>connie.fickel@lewisbrisbois.com<br><br>Timothy M. Schowe<br>Timothy.Schowe@lewisbrisbois.com<br><br>Ibrahim Adwani<br>Ibrahim.Adwani@lewisbrisbois.com<br><br>Cheryl Scranton<br>Cheryl.Scranton@lewisbrisbois.com<br><br>Hakop Stepanyan<br>hakop.stepanyan@lewisbrisbois.com<br><br>*As to Counsel for Defendant Lackey Family Trust:*<br><br>Dale C. Campbell<br>dcampbell@weintraub.com<br><br>Brendan Begley<br>bbegley@weintraub.com<br><br>Elizabeth Netemeyer<br>enetemeyer@weintraub.com<br><br>William C. Hahesy<br>bill@hahesylaw.com<br><br>Joni Stuart<br>joni@hahesylaw.com<br><br>Cheryl Dunkle<br>cheryl@hahesylaw.com |

|  | *As to Counsel for Defendants Cole Scharton, Rick Roush, Del Thacker, Richard DeYoung, The Administrative Committee of the People Business Employee Stock Ownership Plan, Ritchie Trucking Service Holdings, Inc. & People Business Employee Stock Ownership Plan:*<br><br>Ronald K. Alberts<br>ralberts@grsm.com<br><br>Norvik Azarian<br>nazarian@grsm.com<br><br>*As to Counsel for Defendant Miguel Paredes:*<br><br>Cheryl Denise Orr<br>cheryl.orr@faegredrinker.com<br><br>Richard J. Pearl<br>rick.pearl@faegredrinker.com<br><br>Stephanie L. Gutwein<br>stephanie.gutwein@faegredrinker.com<br><br>Elizabeth A. Charles<br>elizabeth.charles@faegredrinker.com |
|---|---|

2. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), service shall be complete upon the transmission of the documents unless the serving party learns that it did not reach the persons intended to be served.

3. For service of documents over 5 megabytes, the Parties agree to serve such documents via another method of service permitted under the Federal Rules of Civil Procedure unless the serving Party has made prior arrangements with the Counsel for the Parties to be served to receive electronic delivery.

4. For purposes of paragraphs 1 through 3 of this Stipulation, documents produced in response to another party's requests for production (or in response to a subpoena) may be produced through file transfer protocol ("FTP"), ShareFile, or similar web-based file sharing protocols (collectively "file-sharing protocol") and may exceed the 5-megabyte total (but discovery requests, formal responses and objections

STIPULATION OF ELECTRONIC SERVICE                                                                    3

to discovery or correspondence or filings with the court other than exhibits will not be served by a file-sharing protocol) on the following conditions:

    a.    One of the counsel who has appeared in the case or an employee at that attorney's firm (who has a law firm email address) provides notice to each of the counsel listed in Paragraph 1 (and any staff identified in Paragraph 1) that documents have been provided through the file-sharing protocol (the "Notification");

    b.    The Notification includes the link and any necessary login, password and other information to access the documents;

    c.    The Notification advises of the document control numbers that are being produced or that have been added to the file-sharing protocol;

    d.    Production of such documents shall be deemed completed upon transmission of a notice providing access to the FTP site or similar file sharing website unless the producing party learns that the receiving party did not receive the documents or no counsel of the receiving party has accessed the documents by the time that any access time has expired, in which case the producing party will notify the requesting party in writing and if necessary make arrangements to re-produce the documents.

5.    Each of the Parties may change the above listed Counsel or email addresses by (a) filing a notice with the Court advising all Parties of the change of Counsel or (b) email to all persons listed in Paragraph 1.

6.    Each of the Parties may withdraw from this Stipulation by filing a notice with the Court with at least 7 days' notice advising all Parties of such withdrawal.

7.    Nothing in this Stipulation shall prohibit any Party, at its option, from utilizing any other method of service permitted under the Federal Rules of Civil Procedure.

8.    This Stipulation does not apply to filings or notices by ECF.

STIPULATION OF ELECTRONIC SERVICE    4

9. Nothing in this Stipulation shall change the rules concerning computing and extending time set forth in Rule 6.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 9, 2022

*/s/ Vincent Cheng*
Vincent Cheng (SBN 230827)
BLOCK & LEVITON LLP
100 Pine St., Ste. 1250
San Francisco, CA 94111
Tel.: (415) 968-8999
Fax: (617) 507-6020
Email: vincent@blockleviton.com

R. Joseph Barton (SBN 212340)
Colin M. Downes
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
1633 Connecticut Ave, N.W., Suite 200
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockleviton.com
Email: colin@blockleviton.com

*Attorneys for Plaintiff*

*/s/ Connie M. Fickel (as authorized on May 4, 2022)*
Connie M. Fickel (SBN 210286)
Timothy Schowe (SBN 285069)
Ibrahim Adwani (SBN 324443)
Lewis, Brisbois, Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: 213-250-1800
Fax: 213-250-7900
Email: Connie.Fickel@lewisbrisbois.com

*Attorney for Defendants Bruce Lackey & Pam Lackey*

*/s/ William C. Hahesy (as authorized on May 4, 2022)*
Dale C. Campbell (SBN 99173)
Weintraub Tobin Chediak Coleman Grodin Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916-558-6000
Fax: 916-446-1611
Email: dcampbell@weintraub.com

William C. Hahesy (SBN 105743)
Law Offices of William C. Hahesy
5260 North Palm Avenue, Suite 400
Fresno, CA 93704
Tel: 559-579-1230
Email: bill@hahesylaw.com

*Attorneys for Defendant Lackey Family Trust*

*/s/ Ronald K. Alberts (as authorized on May 4, 2022)*
Ronald K. Alberts (SBN 100017)
Norvik Azarian (SBN 325315)
Gordon & Rees Scully Mansukhani LLP
633 West Fifth Avenue, 52nd Floor
Los Angeles, CA 90071
Tel: 213-576-5000

STIPULATION OF ELECTRONIC SERVICE                                                                 5

Fax: 213-680-4470
Email: ralberts@gordonrees.com
Email: nazarian@grsm.com

*Attorneys for Defendants Cole Scharton, Rick Roush, Del Thacker, Richard DeYoung, The Administrative Committee of the People Business Employee Stock Ownership Plan, Ritchie Trucking Service Holdings, Inc. & People Business Employee Stock Ownership Plan*

<u>*/s/ Stephanie L. Gutwein (as authorized on May 4, 2022)*</u>
Cheryl Denise Orr (SBN 143196)
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Tel: (415) 591-7500
Fax: (415) 591-7510
Email: Cheryl.Orr@faegredrinker.com

Richard J. Pearl (*admitted pro hac vice*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: 312-569-1000
Fax: 312-569-3000
Email: rick.pearl@faegredrinker.com

Stephanie L. Gutwein (*admitted pro hac vice*)
Elizabeth A. Charles (*admitted pro hac vice*)
Faegre Drinker Biddle Reath LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Tel: 317-237-0300
Fax: 317-237-1000
Email: stephanie.gutwein@faegredrinker.com
Email: elizabeth.charles@faegredrinker.com

*Attorneys for Defendant Miguel Paredes*

STIPULATION OF ELECTRONIC SERVICE               6

PURSUANT TO LOCAL RULE 143, IT IS SO ORDERED.

Dated: __May 14, 2022__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE