UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE LACKEY, PAM LACKEY, LACKEY FAMILY TRUST, COLE SCHARTON, THE ADMINISTRATIVE COMMITTEE OF THE PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN; MIGUEL PAREDES, RICK ROUSH, DEL THACKER, RICHARD DEYOUNG, AND RITCHIE TRUCKING SERVICE HOLDINGS, INC.,<br><br>Defendants. | Case No. 1:22-cv-00004-ADA-HBK<br><br>ORDER REFERRING CASE TO VDRP AND STAYING ALL DEADLINES |

On October 24, 2023, the Parties filed a Joint Status Report. (Doc. No. 104). Despite the Parties participating in a remote mediation and continuing the settlement discussions, to date, the Parties have not been able to reach a resolution of this action. (*Id*.). The Parties "request that the Court allow the Parties additional time to mediate a final settlement- with the aid of the Court's Voluntary Dispute Resolution Program or a federal magistrate judge." (*Id*. at 3). Pursuant to the Parties' request to participate in the Court's Voluntary Dispute Resolution Program ("VDRP"), the Court refers this action to the VDRP. Further, the Court will stay all pending deadlines in this

case until either the conclusion of the VDRP or upon further order from the Court.

Accordingly, it is **ORDERED**:

1. This action is referred to the VDRP;
2. Within **fourteen (14) days of this order**, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator;
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP;
4. No later than fourteen (14) days after the completion of the VDRP session, the parties shall either jointly file their VDRP Completion Report or a Dismissal or Stipulation and Order for Dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o);
5. The Court STAYS all pending motions and deadlines in this action until either the conclusion of the VDRP or upon further order of the Court.

Dated:     November 8, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Cc: Sujean Park

2