UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE LACKEY, PAM LACKEY, LACKEY FAMILY TRUST, COLE SCHARTON, THE ADMINISTRATIVE COMMITTEE OF THE PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN, MIGUEL PAREDES, RICK ROUSH, DEL THACKER, RICHARD DEYOUNG and RITCHIE TRUCKING SERVICE HOLDINGS, INC.,<br><br>Defendants,<br><br>and<br><br>PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Nominal Defendant. | Case No.: 1:22-cv-00004-KES-HBK<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   December 30, 2021 |

Plaintiff Brandon Imber and Defendants Bruce Lackey, Pam Lackey, Lackey Family Trust, Cole Scharton, The Administrative Committee of the People Business Employee Stock Ownership Plan, Miguel Paredes, Rick Roush, Del Thacker, Richard DeYoung and Ritchie Trucking Service Holdings, Inc. (collectively the "Parties'), by and through their counsel of record, hereby report that

1

NOTICE OF SETTLEMENT

there is now a fully-signed Class Action Settlement Agreement and a Supplemental Confidential Agreement to Class Action Settlement Agreement (collectively the "Class Agreements"),[1] both of which will need to be approved by the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Defendants also report that they have also signed three other agreements: (1) an agreement among certain Defendants with an insurer; (2) an agreement among all Defendants; and (3) another agreement among certain Defendants. Neither Plaintiff nor Plaintiff's Counsel is a party to those agreements and those agreements do not require Court approval.

As both of the Class Agreements will need approval by the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure a Court-approved Notice to the Class, and will require Plaintiff to prepare and file a (1) Motion for Preliminary Approval of the Settlement and a (2) Motion to Certify the Class Claims pursuant to Rule 23(a) and Rule 23(b) and other associated documents, the Parties request that the Court continue the stay of this case until May 21, 2025 and set the deadline to file those motions by that date. Defendants will also be filing a motion to be heard at the same date and time as the above motions that will relate to the appointment of the independent fiduciary.

Dated: April 9, 2025

| | |
|---|---|
| *R. Joseph Barton* | *Timothy Schowe (with permission)* |
| R. Joseph Barton (SBN 285069) | Timothy M. Schowe (SBN 285069) |
| The Barton Firm LLP | Connie M. Fickel (SBN 210286) |
| 1633 Connecticut Avenue, N.W., Suite 200 | Quintairos, Prieto, Wood & Boyer, P.A. |
| Washington, DC 20009 | 515 S. Flower Street, Suite 1800 |
| T: 202-734-5458 | Los Angeles, CA 90071 |
| Email: jbarton@thefbartonfirm.com | Email: timothy.schowe@qpwblaw.com |
| | Email: connie.fickel@qpwblaw.com |
| | |
| | *Attorney for Defendants Bruce Lackey & Pam Lackey* |

---

[1] There is a separate individual claim, Count V, which was brought individually by Plaintiff Imber that has not yet been settled and about which the Parties have deferred settlement discussions until agreement had been reached on the class claims.

*Dale C. Campbell (with permission)*
Dale C. Campbell (SBN 99173)
Weintraub Tobin Chediak Coleman Grodin Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916-558-6000
Email: dcampbell@weintraub.com

*William C. Hahesy (with permission)*
William C. Hahesy (SBN 105743)
Sagaser, Watkins & Wieland
5260 North Palm Avenue, Suite 400
Fresno, CA 93704
Tel: 559-421-7000
Email: hahesy@sw2law.com

*Attorneys for Defendant Lackey Family Trust*

*Ronald K. Alberts (with permission)*
Ronald K. Alberts (SBN 100017)
Shannon L. Ernster (SBN 264940)
Gordon & Rees Scully Mansukhani, LLP
633 West Fifth Avenue, 52nd Floor
Los Angeles, CA 90071
Tel: 213-576-5000
Email: ralberts@gordonrees.com
Email: sernster@grsm.com

*Attorneys for Defendants Cole Scharton, Rick Roush, Del Thacker, Richard DeYoung, The Administrative Committee of the People Business Employee Stock Ownership Plan, Ritchie Trucking Service Holdings, Inc. & People Business Employee Stock Ownership Plan*

*Richard J. Pearl (with permission)*
Richard J. Pearl (admitted pro hac vice)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: 312-569-1000
Email: rick.pearl@faegredrinker.com

Cheryl Denise Orr (SBN 143196)
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Tel: (415) 591-7500
Email: Cheryl.Orr@faegredrinker.com

Stephanie L. Gutwein (admitted pro hac vice)
Elizabeth A. Charles (admitted pro hac vice)
Faegre Drinker Biddle Reath LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Tel: 317-237-0300
Email: stephanie.gutwein@faegredrinker.com
Email: elizabeth.charles@faegredrinker.com

*Attorneys for Defendant Miguel Paredes*