R. Joseph Barton (SBN 212340)
The Barton Firm LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: 202-734-7046
Email: jbarton@thebartonfirm.com

*Attorney for Plaintiff Brandon Imber*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON IMBER, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>BRUCE LACKEY, PAM LACKEY, LACKEY FAMILY TRUST, COLE SCHARTON, THE ADMINISTRATIVE COMMITTEE OF THE PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN, MIGUEL PAREDES, RICK ROUSH, DEL THACKER, RICHARD DEYOUNG and RITCHIE TRUCKING SERVICE HOLDINGS, INC.,<br><br>Defendants,<br>and<br><br>PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Nominal Defendant. | Case No. 1:22-cv-004-HBK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: December 30, 2021 |

Notice is hereby given that, on Monday, July 14, 2025[1], at 1:00 p.m. or as soon thereafter as counsel may be heard before Hon. Barch-Kuchta in Courtroom 6, United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, California, Plaintiff Brandon Imber will and hereby does move the Court for an Order under Federal Rule of Civil Procedure 23:

1. Preliminarily approving the Settlement Agreement between Plaintiff and Defendants as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2. Preliminarily approving the proposed Class Notice as to form and content, and approving the plan for distribution and publication of notice to the Class by first class U.S. Mail or email, if available, as satisfying the requirements of Rule 23(c)(2) and (e)(1);

3. Preliminarily approving the proposed Plan of Allocation;

4. Appointing a Settlement Administrator; and

5. Setting the following dates and deadlines under Rule 23(d) and (e) of the Federal Rules of Civil Procedure as follows:

| **Event** | **Date** |
| --- | --- |
| Defendants to provide Class Data to Settlement Administrator and Class Counsel | 7 days after Preliminary Approval Order is entered |
| Settlement Administrator to send Class Notice to the Class | 21 days after Defendants provide Class Data |
| Settlement Administrator to file Declaration re Class Notice | 30 days after Notice is required to be sent |

[1] Plaintiff's counsel has confirmed that all Defendants' counsel are available on this date. To the extent that the Court moves the hearing date, Plaintiff's counsel has also confirmed that all other counsel are also available on July 21, 2025.

| | |
|---|---|
| Deadline for Class Members to submit objections to the Settlement | 60 days after Class Notice is sent to the Class |
| Deadline for Class Members to submit challenges to Plan account data | 75 days after Class Notice is sent to the Class |
| Class Counsel to file Motion for Award of Attorneys' Fees, Expenses and Costs from the Settlement | 14 days before deadline for Class members to object |
| Class Counsel to file Motion for Class Representative Service Award | 7 days before deadline for Class members to object |
| Deadline for Independent Fiduciary to submit final opinion | 21 days before deadline for Class Counsel to file Motion for Final Approval |
| Class Counsel to file Motion for Final Approval | 14 days after deadline for Class members to object |
| Final Approval Hearing | At least 100 days after Preliminary Approval Motion was filed |

This Motion is based on this Notice of Motion, the Memorandum of Law submitted herewith, the Declaration of R. Joseph Barton ("Barton Decl."), exhibits and the Proposed Order filed herewith, and all of the pleadings and documents on file with the Court in this action.

Dated: May 21, 2025

Respectfully submitted,

R. Joseph Barton (SBN 212340)
The Barton Firm LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: 202-734-7046
Email: jbarton@thebartonfirm.com

*Attorney for Plaintiff*