1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRANDON IMBER, individually and on        Case No.  1:22-cv-00004-HBK
     behalf of all other similarly situated,
12                                             ORDER GRANTING REQUEST TO SEAL
                 Plaintiff,
13                                             (Doc. No.  162)
         v.
14
     BRUCE LACKEY, PAM LACKEY,
15   LACKEY FAMILY TRUST, COLE
     SCHARTON, THE ADMINISTRATIVE
16   COMMITTEE OF THE PEOPLE
     BUSINESS EMPLOYEE STOCK
17   OWNERSHIP PLAN, MIGUEL
     PAREDES, RICH ROUSH, DEL
18   THACKER, RICHARD DEYOUNG,
     AND RITCHIE TRUCKING SERVICE
19   HOLDINGS, INC.,

20               Defendants.

21

22          On June 16, 2025, Plaintiff filed a request to seal a 2023 Valuation Report and portions of

23   Plaintiff's reply brief regarding his Motion for Preliminary Approval of Class Action Settlement

24   (Doc. No. 158). (Doc. No. 162).  Defendants did not submit an opposition under Local Rule

25   141(c).

26          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.

27   District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for

28   the reasons stated in the Plaintiff's request, sealing the 2023 Valuation Report and portions of the

1   reply brief serves a compelling interest.  *See, e.g., Hefler v. Wells Fargo & Co*., 2018 WL

2   4207245 (N.D. Cal. Sept. 4, 2018) (collecting cases) ("There are compelling reasons to keep this

3   information confidential in order to prevent third parties from utilizing it for the improper purpose

4   of obstructing the settlement and obtaining higher payouts.").  The Court further finds that, in the

5   absence of closure, the compelling interests identified by Plaintiff would be harmed.  In light of

6   the public filing of its Notice to Seal, the Court further finds that there are no additional

7   alternatives to sealing the 2023 Valuation Report and portions of the reply brief that would

8   adequately protect the compelling interests identified by the Plaintiff.

9          Accordingly, it is **ORDERED**:

10         1.      Plaintiff's unopposed request to seal documents (Doc. No. 162) is GRANTED.

11         2.      Within five (5) days of this Order, Plaintiff shall provide an electronic copy of the

12   document to be sealed to the Clerk of Court  by email to: ApprovedSealed@caed.uscourts.gov, at

13   which time the Clerk of Court will file the documents under seal.  *See* Local Rule 141(e)(2)(i).

14

15   Dated:    June 24, 2025

16                                                  HELENA M. BARCH-KUCHTA
                                                    UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28