R. Joseph Barton (SBN 212340)
The Barton Firm LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Telephone: (202) 734-7046
jbarton@thebartonfirm.com

*Attorneys for Plaintiff Brandon Imber*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON IMBER, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>BRUCE LACKEY, PAM LACKEY, LACKEY FAMILY TRUST, COLE SCHARTON, THE ADMINISTRATIVE COMMITTEE OF THE PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN, MIGUEL PAREDES, RICK ROUSH, DEL THACKER, RICHARD DEYOUNG and RITCHIE TRUCKING SERVICE HOLDINGS, INC.,<br>Defendants,<br>and<br>PEOPLE BUSINESS EMPLOYEE STOCK OWNERSHIP PLAN,<br>Nominal Defendant. | Case No. 1:22-cv-004-HBK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: December 30, 2021<br><br>Date: December 19, 2025<br>Time: 10:00 a.m.<br>Judge: Helena M. Barch-Kuchta |

|   |   |
|---|---|
| 1 | Notice is hereby given that, on Friday, December 19, 2025, at 10:00 a.m., before Hon. Barch-Kuchta in Courtroom 6, of the United States U.S. District Court, Eastern District of California, 2500 Tulare Street, Fresno, California, Plaintiff Brandon Imber will and hereby does move the Court for an Order granting Final Approval of the Class Action Settlement. |

This Motion is based on this Notice of Motion, the Memorandum of Law submitted herewith, the Declaration of R. Joseph Barton, the prior Declaration of R. Joseph Barton (Doc No. 158-2), the Declaration of Brian Imber (Doc. No. 179-2), and the Proposed Order filed herewith, and all of the pleadings and documents on file with the Court in this action.

Dated: November 21, 2025                     Respectfully submitted,

*[signature]*

R. Joseph Barton (SBN 212340)
The Barton Firm LLP
1633 Connecticut Ave., Suite 200
Washington, DC 20009
Tel: 202-734-7046
Email: jbarton@thebartonfirm.com

*Attorney for Plaintiff Brandon Imber*