1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | BRANDON IMBER, individually and on behalf of all other similarly situated, | Case No.  1:22-cv-00004-HBK |
| | |
12  | | ORDER GRANTING NOTICE OF REQUEST TO SEAL |

Plaintiff,

13          v.                                    (Doc. No.  187)

14

15  BRUCE LACKEY, PAM LACKEY,
    LACKEY FAMILY TRUST, COLE
16  SCHARTON, THE ADMINISTRATIVE
    COMMITTEE OF THE PEOPLE
    BUSINESS EMPLOYEE STOCK
17  OWNERSHIP PLAN, MIGUEL
    PAREDES, RICH ROUSH, DEL
18  THACKER, RICHARD DEYOUNG,
    AND RITCHIE TRUCKING SERVICE
19  HOLDINGS, INC.,

20          Defendants.

21

22          On November 21, 2025, Plaintiff filed a request to seal a 2-page August 8, 2025 letter

23  from Acclaro, the valuation advisors to Defendant Miguel Paredes, the Trustee of the People

24  Business Employee Stock Ownership (the "Ritchie ESOP") that provides a calculation of the fair

25  market value of Ritchie Trucking Service Holdings, Inc. as of December 31, 2024 incorporating

26  the effects of the Settlement in this case to be filed under seal. (Doc. No. 187).  Defendants did

27  not submit an opposition under Local Rule 141(c).

28          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.*

1    *District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for

2    the reasons stated in the Plaintiff's request, sealing the August 8, 2025 letter serves a compelling

3    interest.  *See, e.g., Hefler v. Wells Fargo & Co*., 2018 WL 4207245 (N.D. Cal. Sept. 4, 2018)

4    (collecting cases) ("There are compelling reasons to keep this information confidential in order to

5    prevent third parties from utilizing it for the improper purpose of obstructing the settlement and

6    obtaining higher payouts.").  The Court further finds that, in the absence of closure, the

7    compelling interests identified by Plaintiff would be harmed.  In light of the public filing of its

8    Notice to Seal, the Court further finds that there are no additional alternatives to sealing the

9    August 8, 2025 letter that would adequately protect the compelling interests identified by the

10   Plaintiff.

11   　　　　Accordingly, it is **ORDERED**:

12   　　　　1.　　　Plaintiff's unopposed request to seal documents (Doc. No. 187) is GRANTED.

13   　　　　2.　　　Within five (5) days of this Order, Plaintiff shall provide an electronic copy of the

14   document to be sealed to the Clerk of Court  by email to: ApprovedSealed@caed.uscourts.gov, at

15   which time the Clerk of Court will file the documents under seal.  *See* Local Rule 141(e)(2)(i).

16

17   Dated:    December 9, 2025

18   　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA

19   　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28